

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-12-00627-CV

Paula Lehne **NETHERTON**,
Appellant

v.

Jacintha **COWAN**, Individually and as the Independent Executor of the Estate of James Dennis
Lehne, Jr., Shannon Sucher, and James Dennis Lehne, III,
Appellees

From the 198th Judicial District Court, Menard County, Texas
Trial Court No. 2011-05270
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of appeal are taxed against Appellant Paula Lehne Netherton.

SIGNED August 14, 2013.

_____
Karen Angelini, Justice